UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARCUS A. WEAVER                                                                    PLAINTIFF

v.                                          CIVIL ACTION NO. 3:21-CV-5-KHJ-MTP

WARDEN S.D. WITHERS                                                          RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation [19] of United States Magistrate Judge Michael T. Parker. That Report recommends that this Court deny Marcus Weaver's Petition for Writ of Habeas Corpus. Written objections to the Report were due by August 11, 2021. The Report warned that failure to file written objections to the findings and recommendations contained in it by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, adopts the Report and Recommendation as the Order of this Court. This case is therefore dismissed with prejudice. A separate Final Judgment will issue this day.

SO ORDERED, this the 16th day of August, 2021.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE